UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| LINDA ELAINE MATTA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. CV-09-3030-CI |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT IN A** |
| Commissioner of Social Security, | ) | **CIVIL CASE** |
| | ) | |
| Defendant. | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for an immediate award of benefits. Defendant's Motion for Summary Judgment dismissal is **DENIED**. Judgment is entered for Plaintiff.

DATED: March 29, 2010

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk

                                            s/ L. Stejskal
                                            Deputy Clerk